# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSUE PEIRO-TAPIA, TN JOSUE A.
AGUIRRE, A/K/A LUIS A. AGUIRRE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 75699

FILED

MAY 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for amended judgment of conviction to include jail time credits. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order denying the motion on November 3, 2017. Appellant did not file the notice of appeal, however, until April 23, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.          _____ , J.
Parraguirre                    Stiglich

18-19277

cc:    Hon. William D. Kephart, District Judge
       Luis A. Aguirre
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk